IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **MOHAMMED A. SILLAH,** ) | Civil Action No. 7:16cv00100 | |
| Petitioner, ) | | |
| ) | **FINAL ORDER** | |
| v. ) | | |
| ) | By: Norman K. Moon | |
| **C. RATLEDGE,** ) | United States District Judge | |
| Respondent. ) | | |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that respondent's motion for summary judgment (Docket No. 8) is **GRANTED** and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 28th day of November, 2016.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE